```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

JOSEPH P. LUND,              )
          Plaintiff,         )
                             )
          v.                 )      C.A. No. 11-11413-NMG
                             )
DANIEL HENDERSON, et al.     )
          Defendants.        )
```

## ORDER ON PENDING MOTIONS

Presently before the Court are plaintiff's application to proceed in district court without prepaying costs or fees; plaintiff's motion for extension of time to effect service; and counsel's motion to withdraw as attorney for plaintiff.

## DISCUSSION

This action is brought pursuant to 42 U.S.C. § 1983 against the Town of Wareham and three police defendants for injuries allegedly suffered from the arrest, detention and prosecution of plaintiff. With the complaint, plaintiff filed an application to proceed in district court without prepaying costs or fees ("Application"). Because plaintiff's Application was pending, no summons issued for service of the complaint on the defendants.

A litigant filing a complaint in this Court must either (1) pay the $350.00 filing fee for such actions or (2) file an application to proceed in forma pauperis. See 28 U.S.C. § 1914 ($350.00 filing fee); § 1915 (proceedings in forma pauperis). Based upon plaintiff's financial disclosures, the Court will allow plaintiff's Application.

The Clerk shall issue summonses and the United States

Marshal shall serve a copy of the summonses, complaint, and this order upon the defendants with all costs of service to be advanced by the United States. The Court allows plaintiff's motion to extend time for effecting service. Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, the plaintiff shall have 120 days from the date of this Order to complete service.

As to the motion to withdraw as counsel, the Court finds that the conditions of L.R. 83.5.2(c) have been met and that counsel has fulfilled his professional responsibilities in requesting withdrawal in the circumstances of this case. Moreover, the Court notes that new counsel entered an appearance on behalf of plaintiff.

Based upon the foregoing, it is hereby ORDERED that

1. plaintiff's application to proceed in district court without prepaying costs or fees is ALLOWED.

2. The Clerk shall issue summonses and send them to plaintiff with a copy of the complaint and this Order. The plaintiff may elect to have service made by the United States Marshal. If directed by the plaintiff to do so, the United States Marshal shall serve a copy of the summonses, the complaint, and this Order upon the defendants, in the manner directed by the plaintiff, with all costs of service to be advanced by the United States. Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, the plaintiff shall have 120 days from the date of this Order to effect service.

3. Plaintiff's motion for extension of time to effect service is ALLOWED.

4.  Counsel's motion to withdraw as attorney for plaintiff is ALLOWED.

SO ORDERED.

| | |
|---|---|
| April 13, 2012 | /s/ Nathaniel M. Gorton |
| DATE | NATHANIEL M. GORTON |
| | UNITED STATES DISTRICT JUDGE |