# United States District Court
# District of Massachusetts

JOSEPH LUND,
    Plaintiff,

v.                              CIVIL ACTION NO. 11-11413-NMG

DANIEL HENDERSON,
JOHN WALCEK,
THOMAS JOYCE, in his capacity as
    CHIEF OF THE WAREHAM
    POLICE DEPARTMENT,
THE TOWN OF WAREHAM,
    Defendants.

## *REPORT AND RECOMMENDATION ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (#62)*

COLLINGS, U.S.M.J.

### *I. Introduction*

On August 8, 2011, plaintiff Joseph Lund ("Lund") filed a nine-count complaint against defendants Daniel Henderson ("Henderson"), John Walcek ("Walcek"), Thomas Joyce, in his capacity as Chief of Police of the Wareham Police Department ("Joyce"), and the Town of Wareham ("Wareham") arising

*[handwritten]:* After consideration of plaintiff's objection thereto (Docket No. 90), Report and Recommendation is accepted and adopted.
s/NMGorton, USDJ 5/27/14