UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joseph Lund
                  **Plaintiff**

      V.

Daniel Henderson et al
                  **Defendants**

CIVIL ACTION

NO. 11-cv-11413-NMG

## JUDGMENT

**GORTON, D. J.**

In accordance with the Jury Verdict ,(Docket No. 154), and the Court's Order granting the Defendants' Motion to Dismiss Claims against Municipal Defendants ,(Docket No. 161), in the above-entitled action, it is hereby ORDERED:

      Judgment for the   **Defendants**

                                      By the Court,

 8/13/2014                                             /s/ Kellyann Moore
     Date                                                  Deputy Clerk